**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)*: _____    Chapter  **11**

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Small Fortune Hunter, LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Homegrown Pizza** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **92-1580108** | |
| 4. | **Debtor's address** | **Principal place of business** **4928 Linksland Drive Suite 101 Holly Springs, NC 27540** Number, Street, City, State & ZIP Code **Wake** County | **Mailing address, if different from principal place of business** **4448 Fairview Ridge Lane Apex, NC 27539-6890** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor  **Small Fortune Hunter, LLC**  Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor **Small Fortune Hunter, LLC**      Case number (*if known*)
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | |
| | | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
    Contact name _____
    Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 3

Debtor **Small Fortune Hunter, LLC**                Case number (*if known*)
      Name

- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Small Fortune Hunter, LLC**          Case number (*if known*)
        Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April  1, 2025**
              MM / DD / YYYY

X **/s/ Michael Seighman**                    **Michael Seighman**
Signature of authorized representative of debtor    Printed name

Title  **Member-Manager**

**18. Signature of attorney**

X **/s/ Philip M. Sasser**                    Date  **April  1, 2025**
Signature of attorney for debtor                    MM / DD / YYYY

**Philip M. Sasser**
Printed name

**Sasser Law Firm**
Firm name

**2000 Regency Parkway**
**Suite 230**
**Cary, NC 27518**
Number, Street, City, State & ZIP Code

Contact phone  **919.319.7400**     Email address  **travis@sasserbankruptcy.com**

**38479 NC**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Small Fortune Hunter, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express Attn: Managing Agent/Bankruptcy P.O. Box 981535 El Paso, TX 79998 | | Pending Litigation | | | | $19,486.74 |
| Bank of America Attn: Managing Agent/Bankruptcy PO Box 982238 El Paso, TX 79998 | | Loan | | | | $15,244.50 |
| BayFirst National Bank Attn: Managing Agent 700 Central Avenue, Suite 100 Saint Petersburg, FL 33701 | | All Assets | | $207,319.13 | $0.00 | $207,319.13 |
| BriteCap Financial, LLC Attn: Managing Agent 5161 Lankershim Blvd., Suite 250 North Hollywood, CA 91601 | | All Assets | | $85,474.42 | $0.00 | $85,474.42 |
| CitiBank Attn: Bankruptcy Department PO BOX 790034 Saint Louis, MO 63179-0034 | | Account | | | | $4,328.69 |

Debtor **Small Fortune Hunter, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Credit Key**<br>**Attn: Managing agent**<br>**145 South Fairfax Avenue**<br>**Los Angeles, CA 90036** | | **Account** | | | | $2,372.73 |
| **First National Bank of Omaha**<br>**Attn: Bankruptcy Department**<br>**1620 Dodge St, Stop Code 3113**<br>**Omaha, NE 68102-1593** | | **Loan** | | | | $14,157.64 |
| **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | | **Notice** | | | | $0.00 |
| **JPMCB-Card Services**<br>**Attn: Managing Agent/Bankruptcy**<br>**PO Box 15077**<br>**Wilmington, DE 19850** | | **Credit Card** | | | | $31,884.85 |
| **NC Department of Revenue**<br>**Services Division/ Bankruptcy Unit**<br>**Post Office Box 1168**<br>**Raleigh., NC 27602-1168** | | **Notice** | | | | $0.00 |
| **North Star Leasing**<br>**Peoples Bank**<br>**747 Pine Street**<br>**Burlington, VT 05401** | | **MF&B gas conveyor oven** | | $25,000.00 | $20,000.00 | $5,000.00 |
| **Parafin, Inc.**<br>**Attn: Managing Agent**<br>**301 Howard Street, Suite 1500**<br>**San Francisco, CA 94105** | | **Loan** | | | | $5,871.18 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 2

Debtor **Small Fortune Hunter, LLC**　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **The LCF Group, Inc. Attn: Managing agent 3000 Marcus Avenue, Suite 2W15 Lake Success, NY 11042** | | **All Assets** | | **$25,000.00** | **$0.00** | **$25,000.00** |
| **US Bancorp 1310 Madrid Street Suite 104 Marshall, MN 56258** | | **Credit Card** | | | | **$9,000.00** |
| **WebBank Attn: Managing Agent/Bankruptcy 215 S. State St. Suite 1000 Salt Lake City, UT 84111** | | **All Assets** | | **$11,978.00** | **$0.00** | **$11,978.00** |

# United States Bankruptcy Court
### Eastern District of North Carolina

In re  **Small Fortune Hunter, LLC**                                   Case No.

Debtor(s)                                      Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member-Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **April 1, 2025**                   **/s/ Michael Seighman**
                                           **Michael Seighman**/**Member-Manager**
                                           Signer/Title

Date:  **April 1, 2025**                   **/s/ Philip M. Sasser**
                                           Signature of Attorney
                                           **Philip M. Sasser**
                                           **Sasser Law Firm**
                                           **2000 Regency Parkway**
                                           **Suite 230**
                                           **Cary, NC 27518**
                                           **919.319.7400   Fax: 919.657.7400**

American Express
Attn: Managing Agent/Bankruptcy
P.O. Box 981535
El Paso, TX 79998

Door Dash
Managing Agent/Bankruptcy
P.P Box 73524
Dallas, TX 75373

Toast Capital
Attn: Managing agent
401 Park Drive, Suite 801
Boston, MA 02215

Bank of America
Attn: Managing Agent/Bankruptcy
PO Box 982238
El Paso, TX 79998

First National Bank of Omaha
Attn: Bankruptcy Department
1620 Dodge St, Stop Code 3113
Omaha, NE 68102-1593

U.S. Small Business Administration
Attn: Managing Agent
6302 Fairview Road, Suite 300
Charlotte, NC 28210

BayFirst National Bank
Attn: Managing Agent
700 Central Avenue, Suite 100
Saint Petersburg, FL 33701

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

US Attorney General
150 Fayetteville Street
Suite 2100
Raleigh, NC 27601

BriteCap Financial, LLC
Attn: Managing Agent
5161 Lankershim Blvd., Suite 250
North Hollywood, CA 91601

JPMCB-Card Services
Attn: Managing Agent/Bankruptcy
PO Box 15077
Wilmington, DE 19850

US Bancorp
1310 Madrid Street
Suite 104
Marshall, MN 56258

Chase Ink
Attn: Managing Account/Bankruptcy
Post Office Box 15548
Wilmington, DE 19886

NC Department of Revenue
Services Division/ Bankruptcy Unit
Post Office Box 1168
Raleigh., NC 27602-1168

WebBank
Attn: Managing Agent/Bankruptcy
215 S. State St. Suite 1000
Salt Lake City, UT 84111

CitiBank
Attn: Bankruptcy Department
PO BOX 790034
Saint Louis, MO 63179-0034

North Star Leasing
Peoples Bank
747 Pine Street
Burlington, VT 05401

Zwicker & Associates
PO Box 481918
Charlotte, NC 28269

Citicards CBNA
Att: Managing Agent/ Bankruptcy
P.O. Box 6241
Sioux Falls, SD 57117

Parafin, Inc.
Attn: Managing Agent
301 Howard Street, Suite 1500
San Francisco, CA 94105

Credit Key
Attn: Managing agent
145 South Fairfax Avenue
Los Angeles, CA 90036

Pierce Group Properties, LLC
3729 West Lake Road
Apex, NC 27539

Dedicated Financial GBC
Attn: Managing Agent/Bankruptcy
4000 Lexington Ave North, Suite 125
Saint Paul, MN 55126

The LCF Group, Inc.
Attn: Managing agent
3000 Marcus Avenue, Suite 2W15
Lake Success, NY 11042

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re   **Small Fortune Hunter, LLC**                         Case No.
                                    Debtor(s)                 Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Michael Seighman**, declare under penalty of perjury that I am the **Member-Manager** of **Small Fortune Hunter, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **1st** day of April, 2025.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Michael Seighman**, **Member-Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Michael Seighman**, **Member-Manager** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Michael Seighman**, **Member-Manager** of this Corporation is authorized and directed to employ **Philip Sasser**, attorney and the law firm of **Sasser Law Firm** to represent the corporation in such bankruptcy case."

Date   **April 1, 2025**                           Signed   /s/ Micahel Sieghman
                                                            **Michael Seighman**

Resolution of Board of Directors
of
**Small Fortune Hunter, LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Michael Seighman, Member-Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Michael Seighman, Member-Manager** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Michael Seighman, Member-Manager** of this Corporation is authorized and directed to employ **Philip Sasser**, attorney and the law firm of **Sasser Law Firm** to represent the corporation in such bankruptcy case.

Date **April 1, 2025**               Signed **/s/Micahel Seighman**
                                              **Michael Seighman**

Date **April 1, 2025**               Signed **/s/Margo Seighman**
                                              **Margo Seighman**